**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FREDA SINCLAIR,

               Plaintiff(s),

v.

ARROWHEAD CENTRAL CREDIT UNION,
et al.,

               Defendant(s).

Case No. 2:17-cv-02564-RFB-NJK

ORDER

(Docket No. 9)

Before the Court is the parties' notice of settlement between Plaintiff and Defendant Equifax Information Services, LLC. Docket No. 9. The Court **ORDERS** the parties to file a stipulation of dismissal no later than January 29, 2018.

IT IS SO ORDERED.

DATED: November 30, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge